**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-11222 | WHD | Judge: | W. H. Drake Jr. | | Trustee Name: | GRIFFIN E. HOWELL, III |
|---|---|---|---|---|---|---|---|
| Case Name: | RIVERS EDGE APARTMENTS, LLC | | | | | Date Filed (f) or Converted (c): | 06/17/2016 (f) |
| | | | | | | 341(a) Meeting Date: | 07/26/2016 |
| For Period Ending: | 03/31/2017 | | | | | Claims Bar Date: | 11/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash on hand | 500.00 | 0.00 | OA | 0.00 | FA |
| 2.  Bank of America, Operating Account - Checking 7020 | 463.10 | 10,744.96 | | 10,744.96 | FA |
| 3.  Utility Deposit, Carroll EMC | 5,300.00 | 0.00 | OA | 0.00 | FA |
| 4.  Utility Deposit, City of Carrollton | 100.00 | 0.00 | OA | 0.00 | FA |
| 5.  Undeposited funds | 3,027.34 | 0.00 | OA | 0.00 | FA |
| 6.  Contribution | 100.00 | 0.00 | OA | 0.00 | FA |
| 7.  Prepaid insurance | 10,417.44 | 0.00 | OA | 0.00 | FA |
| 8.  Prepaid payroll | 2,742.52 | 0.00 | OA | 0.00 | FA |
| 9.  Prepaid website amortization | 245.00 | 0.00 | OA | 0.00 | FA |
| 10.  Accounts receivable | 16,804.85 | 16,804.85 | | 1,873.40 | FA |
| 11.  Office furniture:  2 office desks, 6 office chairs, Apartmen | Unknown | 9,000.00 | | 9,000.00 | FA |
| 12.  Power washer and tools | Unknown | 1,000.00 | | 1,000.00 | FA |
| 13.  227 Brumbellow Road 9.9 acres, Carroll County, Georgia. Par | Unknown | 1,587,000.00 | | 1,587,000.00 | FA |
| 14.  Brumbelow Road, 15.99 acres, Carroll County, Georgia | Unknown | 506,000.00 | | 506,000.00 | FA |
| 15.  Lovvorn Road 1.5 acres, Carroll County, Georgia. Parcel numb | Unknown | 207,000.00 | | 207,000.00 | FA |
| 16.  Apartment rentals | Unknown | 5,731.91 | | 5,731.91 | FA |
| 17.  Synovus Expense (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $39,700.25 | $2,358,281.72 | | $2,343,350.27 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE OBJECTING TO CLAIMS.

Initial Projected Date of Final Report (TFR): 12/15/2018          Current Projected Date of Final Report (TFR): 12/15/2018

Trustee Signature:      /s/ GRIFFIN E. HOWELL, III          Date: 04/27/2017

GRIFFIN E. HOWELL, III
CHAPTER 7 TRUSTEE
P.O. BOX 2271
GRIFFIN, GA   30224
(770) 227-4015
newhow@bellsouth.net

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 16-11222 | | Trustee Name: GRIFFIN E. HOWELL, III |
| Case Name: RIVERS EDGE APARTMENTS, LLC | | Bank Name: Union Bank |
| | | Account Number/CD#: XXXXXX6084 |
| | | Checking |
| Taxpayer ID No: XX-XXX4858 | | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/31/2017 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/16 | 10 | HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD.<br>TAMPA, FL  33614 | RECEIPT OF ACCOUNTS RECEIVABLE | 1121-000 | $58.80 | | $58.80 |
| 07/28/16 | 10 | HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD.<br>TAMPA, FL  33614 | RECEIPT OF ACCOUNTS RECEIVABLE | 1121-000 | $1,814.60 | | $1,873.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA  30180-6400 | APARTMENT RENTAL | 1122-000 | $75.00 | | $1,948.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA  30180-6400 | APARTMENT RENTAL | 1122-000 | $310.00 | | $2,258.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA  30180-6400 | APARTMENT RENTAL | 1122-000 | $26.08 | | $2,284.48 |
| 07/28/16 | 16 | DAVID J. WILKINSON | APARTMENT RENTAL | 1122-000 | $310.00 | | $2,594.48 |
| 07/28/16 | 16 | IRIEANNA WILLIAMS | APARTMENT RENTAL | 1122-000 | $100.00 | | $2,694.48 |
| 07/28/16 | 16 | D. GREEN<br>227 BRUMBELOW RD.<br>APT. 11B<br>CARROLLTON, GA  30127 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,029.48 |
| 07/28/16 | 16 | TRAVIS FITZWATER<br>145 FARMINGTON DR.<br>CALHOUN, GA  30701 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,364.48 |
| 07/28/16 | 16 | TAYLOR McANALLY<br>227 BRUMBELOW RD.<br>APT. A5<br>CARROLLTON, GA  30117 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,699.48 |
| 07/28/16 | 16 | LACEY WATFORD<br>129 N. VALHALLA CT.<br>CORDELE, GA  31015-9307 | APARTMENT RENTAL | 1122-000 | $300.00 | | $3,999.48 |
| 07/28/16 | 16 | HANNAH COKER<br>6026 TERRACE LAKE POINT<br>FLOWERY BRANCH, GA  30542 | APARTMENT RENTAL | 1122-000 | $285.00 | | $4,284.48 |
| 07/28/16 | 16 | IRIEANNA WILLIAMS | APARTMENT RENTAL | 1122-000 | $100.00 | | $4,384.48 |

Page Subtotals:                           $4,384.48            $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11222
Case Name: RIVERS EDGE APARTMENTS, LLC

Taxpayer ID No: XX-XXX4858
For Period Ending: 03/31/2017

Trustee Name: GRIFFIN E. HOWELL, III
Bank Name: Union Bank
Account Number/CD#: XXXXXX6084
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/16 | 16 | SYNOVUS BANK | APARTMENT RENTAL | 1122-000 | $3,220.83 | | $7,605.31 |
| 08/02/16 | 2 | RIVERS EDGE APARTMENTS, LLC 227 BRUMBELOW ROAD CARROLLTON, GA 30117 | CHECKING ACCOUNT BALANCE | 1129-000 | $10,744.96 | | $18,350.27 |
| 08/30/16 | 1000 | HOWELL, GRIFFIN E. CHAPTER 7 TRUSTEE P.O. BOX 551 GRIFFIN, GA 30224 | Reimbursement expense / Property Manager Reimbursement of expense / Property Manager per 8/25/16 Order [de #31] | 2200-000 | | $2,400.00 | $15,950.27 |
| 08/30/16 | 1001 | IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL 60673-1247 | INSURANCE PREMIUM Payment of insurance premium per 8/25/16 Order [de #31] | 2420-000 | | $2,060.16 | $13,890.11 |
| 08/30/16 | 1002 | City of Carrollton Water Department | Utilities Payment of utility bill per 8/26/2016 Order [de #31] | 2990-000 | | $3,500.00 | $10,390.11 |
| 08/30/16 | 1003 | Carroll EMC | Utilities Payment of utility bill per 8/26/2016 Order [de #31] | 2990-000 | | $3,500.00 | $6,890.11 |
| 09/01/16 | 1004 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $6,490.11 |
| 09/01/16 | 1005 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $6,090.11 |
| 09/09/16 | 1006 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $5,490.11 |
| 09/09/16 | 1007 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $5,090.11 |
| 09/16/16 | 1008 | Courtney Lummus | Reimbursement of rent paid in advance. | 2990-000 | | $2,027.10 | $3,063.01 |

Page Subtotals:                                                                                    $13,965.79          $15,287.26

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-11222

Case Name: RIVERS EDGE APARTMENTS, LLC

Taxpayer ID No: XX-XXX4858

For Period Ending: 03/31/2017

Trustee Name: GRIFFIN E. HOWELL, III

Bank Name: Union Bank

Account Number/CD#: XXXXXX6084

Checking

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/16 | 1009 | Patrick Thompson | Reimbursement of rent paid in advance | 2990-000 | | $1,000.00 | $2,063.01 |
| 09/16/16 | 1010 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $1,663.01 |
| 09/16/16 | 1011 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $1,063.01 |
| 09/26/16 | 17 | Synovus Bank | Operating expense payment from Synovus Bank | 1230-000 | $15,000.00 | | $16,063.01 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.75 | $16,037.26 |
| 09/26/16 | 1012 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $15,437.26 |
| 09/30/16 | 1013 | IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL  60673-1247 | INSURANCE PREMIUM Payment of insurance premium per 8/25/16 Order [de #31] | 2420-000 | | $2,060.16 | $13,377.10 |
| 09/30/16 | 1014 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $12,777.10 |
| 09/30/16 | 1015 | GRIFFIN E. HOWELL, III CHAPTER 7 TRUSTEE P.O. BOX 551 GRIFFIN, GA  30224-0551 | Reimbursement expense / Karalyn Fuller - advance rent paid Reimbursement of expense per 8/25/16 Order [de #31] | 2990-000 | | $2,114.60 | $10,662.50 |
| 10/03/16 | 1016 | Fifeco Properties, LLC 2964 Peachtree Road, NE Suite 326 Atlanta, GA  30305 | one-half expense for security fence per 8/25/16 Order [de #31] | 2990-000 | | $3,036.91 | $7,625.59 |

Page Subtotals:                                             $15,000.00          $10,437.42

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11222

Case Name: RIVERS EDGE APARTMENTS, LLC

Taxpayer ID No: XX-XXX4858

For Period Ending: 03/31/2017

Trustee Name: GRIFFIN E. HOWELL, III

Bank Name: Union Bank

Account Number/CD#: XXXXXX6084

Checking

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/16 | 1017 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] for weeks of 10/7/2016 and 10/14/2016 (needed updated address) | 2990-000 | | $1,200.00 | $6,425.59 |
| 10/20/16 | | TC WGC, LLC | Sale of Property Sale of property and assets per 10/12/2016 Order [de #47] | | $150,150.00 | | $156,575.59 |
| | | | Gross Receipts                    $2,310,000.00 | | | | |
| | | Synovus Bank | Release - 15.99 acres              ($453,036.88) | 4110-000 | | | |
| | | Synovus Bank | Release - 9.9 acres             ($1,420,888.40) | 4110-000 | | | |
| | | Synovus Bank | Release - 1.5 acres               ($185,333.26) | 4110-000 | | | |
| | | FifeCo Properties, LLC | Break up - 15.99 acres             ($11,000.00) | 2990-000 | | | |
| | | FifeCo Properties, LLC | Break up - 9.99 acres              ($34,500.00) | 2990-000 | | | |
| | | FifeCo Properties, LLC | Break up - 1.5 acres                ($4,500.00) | 2990-000 | | | |
| | | Carroll County EMC | Electric - 9.9 acres               ($11,581.34) | 2990-000 | | | |
| | | City of Carrollton Water Department | Water bill - 9.9 acres             ($16,418.18) | 2990-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Transfer tax - 15.99 acres            ($508.20) | 2820-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Transfer tax - 9.9 acres            ($1,593.90) | 2820-000 | | | |

Page Subtotals:                                                        $150,150.00        $1,200.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-11222 | Trustee Name: | GRIFFIN E. HOWELL, III |
| Case Name: RIVERS EDGE APARTMENTS, LLC | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX6084 |
| | | Checking |
| Taxpayer ID No: XX-XXX4858 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 03/31/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Transfer tax - 1.5 acres ($207.90) | 2820-000 | | | |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Prorated taxes - 15.99 acres ($4,462.03) | 2820-000 | | | |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Prorated taxes - 9.9 acres ($13,994.53) | 2820-000 | | | |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Prorated taxes - 1.5 acres ($1,825.38) | 2820-000 | | | |
| | 11 | | Office furniture: 2 office desks, 6 office chairs, Apartmen $9,000.00 | 1129-000 | | | |
| | 12 | | Power washer and tools $1,000.00 | 1129-000 | | | |
| | 13 | | 227 Brumbellow Road 9.9 acres, Carroll County, Georgia. Par $1,587,000.00 | 1110-000 | | | |
| | 14 | | Brumbelow Road, 15.99 acres, Carroll County, Georgia $506,000.00 | 1110-000 | | | |
| | 15 | | Lovvorn Road 1.5 acres, Carroll County, Georgia. Parcel numb $207,000.00 | 1110-000 | | | |
| 10/21/16 | 1018 | Christina Fischer | Property management Final payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $155,975.59 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $155,960.59 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.28 | $155,866.31 |

Page Subtotals:                 $0.00            $709.28

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-11222 | | Trustee Name: | GRIFFIN E. HOWELL, III |
| Case Name: | RIVERS EDGE APARTMENTS, LLC | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX6084 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4858 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.41 | $155,640.90 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.04 | $155,408.86 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.88 | $155,176.98 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $208.61 | $154,968.37 |

| | | |
|---|---|---|
| COLUMN TOTALS | $183,500.27 | $28,531.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $183,500.27 | $28,531.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $183,500.27 | $28,531.90 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $897.94 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6084 - Checking | $183,500.27 | $28,531.90 | $154,968.37 |
| | $183,500.27 | $28,531.90 | $154,968.37 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,159,850.00 |
| Total Net Deposits: | $183,500.27 |
| Total Gross Receipts: | $2,343,350.27 |

Trustee Signature:      /s/ GRIFFIN E. HOWELL, III      Date: 04/27/2017

GRIFFIN E. HOWELL, III
CHAPTER 7 TRUSTEE
P.O. BOX 2271
GRIFFIN, GA  30224
(770) 227-4015
newhow@bellsouth.net

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|