# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RIVERS EDGE APARTMENTS, LLC | § | Case No. 16-11222-whd |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/17/2016 . The undersigned trustee was appointed on 07/01/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    2,343,350.27

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 128,090.39 |
   | Bank service fees | 2,846.07 |
   | Other payments to creditors | 2,059,258.54 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]        $ | 153,155.27 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/01/2016  and the deadline for filing governmental claims was  12/14/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 93,550.51 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 93,550.51 , for a total compensation of $ 93,550.51 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 607.84 , for total expenses of $ 607.84 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2018              By:/s/GRIFFIN E. HOWELL, III
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-11222-whd | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | GRIFFIN E. HOWELL, III |
|---|---|---|---|---|---|---|
| Case Name: | RIVERS EDGE APARTMENTS, LLC | | | | Date Filed (f) or Converted (c): | 06/17/2016 (f) |
| | | | | | 341(a) Meeting Date: | 07/26/2016 |
| For Period Ending: | 02/21/2018 | | | | Claims Bar Date: | 11/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 500.00 | 0.00 | OA | 0.00 | FA |
| 2. Bank of America, Operating Account - Checking 7020 | 463.10 | 10,744.96 | | 10,744.96 | FA |
| 3. Utility Deposit, Carroll EMC | 5,300.00 | 0.00 | OA | 0.00 | FA |
| 4. Utility Deposit, City of Carrollton | 100.00 | 0.00 | OA | 0.00 | FA |
| 5. Undeposited funds | 3,027.34 | 0.00 | OA | 0.00 | FA |
| 6. Contribution | 100.00 | 0.00 | OA | 0.00 | FA |
| 7. Prepaid insurance | 10,417.44 | 0.00 | OA | 0.00 | FA |
| 8. Prepaid payroll | 2,742.52 | 0.00 | OA | 0.00 | FA |
| 9. Prepaid website amortization | 245.00 | 0.00 | OA | 0.00 | FA |
| 10. Accounts receivable | 16,804.85 | 16,804.85 | | 1,873.40 | FA |
| 11. Office furniture: 2 office desks, 6 office chairs, Apartmen | Unknown | 9,000.00 | | 9,000.00 | FA |
| 12. Power washer and tools | Unknown | 1,000.00 | | 1,000.00 | FA |
| 13. 227 Brumbellow Road 9.9 acres, Carroll County, Georgia. Par | Unknown | 1,587,000.00 | | 1,587,000.00 | FA |
| 14. Brumbelow Road, 15.99 acres, Carroll County, Georgia | Unknown | 506,000.00 | | 506,000.00 | FA |
| 15. Lovvorn Road 1.5 acres, Carroll County, Georgia. Parcel numb | Unknown | 207,000.00 | | 207,000.00 | FA |
| 16. Apartment rentals | Unknown | 5,731.91 | | 5,731.91 | FA |
| 17. Synovus Expense (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $39,700.25 | $2,358,281.72 | | $2,343,350.27 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

Initial Projected Date of Final Report (TFR): 12/15/2018       Current Projected Date of Final Report (TFR): 03/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-11222-whd  
Case Name: RIVERS EDGE APARTMENTS, LLC  
Taxpayer ID No: XX-XXX4858  
For Period Ending: 02/21/2018  

Trustee Name: GRIFFIN E. HOWELL, III  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX6084  
Checking  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/16 | 10 | HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD.<br>TAMPA, FL  33614 | RECEIPT OF ACCOUNTS RECEIVABLE | 1121-000 | $58.80 | | $58.80 |
| 07/28/16 | 10 | HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD.<br>TAMPA, FL  33614 | RECEIPT OF ACCOUNTS RECEIVABLE | 1121-000 | $1,814.60 | | $1,873.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA  30180-6400 | APARTMENT RENTAL | 1122-000 | $75.00 | | $1,948.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA  30180-6400 | APARTMENT RENTAL | 1122-000 | $310.00 | | $2,258.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA  30180-6400 | APARTMENT RENTAL | 1122-000 | $26.08 | | $2,284.48 |
| 07/28/16 | 16 | DAVID J. WILKINSON | APARTMENT RENTAL | 1122-000 | $310.00 | | $2,594.48 |
| 07/28/16 | 16 | IRIEANNA WILLIAMS | APARTMENT RENTAL | 1122-000 | $100.00 | | $2,694.48 |
| 07/28/16 | 16 | D. GREEN<br>227 BRUMBELOW RD.<br>APT. 11B<br>CARROLLTON, GA  30127 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,029.48 |
| 07/28/16 | 16 | TRAVIS FITZWATER<br>145 FARMINGTON DR.<br>CALHOUN, GA  30701 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,364.48 |
| 07/28/16 | 16 | TAYLOR McANALLY<br>227 BRUMBELOW RD.<br>APT. A5<br>CARROLLTON, GA  30117 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,699.48 |
| 07/28/16 | 16 | LACEY WATFORD<br>129 N. VALHALLA CT.<br>CORDELE, GA  31015-9307 | APARTMENT RENTAL | 1122-000 | $300.00 | | $3,999.48 |
| 07/28/16 | 16 | HANNAH COKER<br>6026 TERRACE LAKE POINT<br>FLOWERY BRANCH, GA  30542 | APARTMENT RENTAL | 1122-000 | $285.00 | | $4,284.48 |
| 07/28/16 | 16 | IRIEANNA WILLIAMS | APARTMENT RENTAL | 1122-000 | $100.00 | | $4,384.48 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $4,384.48          $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-11222-whd  
Case Name: RIVERS EDGE APARTMENTS, LLC  
Taxpayer ID No: XX-XXX4858  
For Period Ending: 02/21/2018  

Trustee Name: GRIFFIN E. HOWELL, III  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX6084  
Checking  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/16 | 16 | SYNOVUS BANK | APARTMENT RENTAL | 1122-000 | $3,220.83 | | $7,605.31 |
| 08/02/16 | 2 | RIVERS EDGE APARTMENTS, LLC 227 BRUMBELOW ROAD CARROLLTON, GA 30117 | CHECKING ACCOUNT BALANCE | 1129-000 | $10,744.96 | | $18,350.27 |
| 08/30/16 | 1000 | HOWELL, GRIFFIN E. CHAPTER 7 TRUSTEE P.O. BOX 551 GRIFFIN, GA 30224 | Reimbursement expense / Property Manager Reimbursement of expense / Property Manager per 8/25/16 Order [de #31] | 2200-000 | | $2,400.00 | $15,950.27 |
| 08/30/16 | 1001 | IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL 60673-1247 | INSURANCE PREMIUM Payment of insurance premium per 8/25/16 Order [de #31] | 2420-000 | | $2,060.16 | $13,890.11 |
| 08/30/16 | 1002 | City of Carrollton Water Department | Utilities Payment of utility bill per 8/26/2016 Order [de #31] | 2990-000 | | $3,500.00 | $10,390.11 |
| 08/30/16 | 1003 | Carroll EMC | Utilities Payment of utility bill per 8/26/2016 Order [de #31] | 2990-000 | | $3,500.00 | $6,890.11 |
| 09/01/16 | 1004 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $6,490.11 |
| 09/01/16 | 1005 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $6,090.11 |
| 09/09/16 | 1006 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $5,490.11 |
| 09/09/16 | 1007 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $5,090.11 |
| 09/16/16 | 1008 | Courtney Lummus | Reimbursement of rent paid in advance. | 2990-000 | | $2,027.10 | $3,063.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $13,965.79          $15,287.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-11222-whd
Case Name: RIVERS EDGE APARTMENTS, LLC
Taxpayer ID No: XX-XXX4858
For Period Ending: 02/21/2018

Trustee Name: GRIFFIN E. HOWELL, III
Bank Name: Union Bank
Account Number/CD#: XXXXXX6084
Checking
Blanket Bond (per case limit): $30,390,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/16 | 1009 | Patrick Thompson | Reimbursement of rent paid in advance | 2990-000 | | $1,000.00 | $2,063.01 |
| 09/16/16 | 1010 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $1,663.01 |
| 09/16/16 | 1011 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $1,063.01 |
| 09/26/16 | 17 | Synovus Bank | Operating expense payment from Synovus Bank | 1230-000 | $15,000.00 | | $16,063.01 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.75 | $16,037.26 |
| 09/26/16 | 1012 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $15,437.26 |
| 09/30/16 | 1013 | IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL  60673-1247 | INSURANCE PREMIUM Payment of insurance premium per 8/25/16 Order [de #31] | 2420-000 | | $2,060.16 | $13,377.10 |
| 09/30/16 | 1014 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $12,777.10 |
| 09/30/16 | 1015 | GRIFFIN E. HOWELL, III CHAPTER 7 TRUSTEE P.O. BOX 551 GRIFFIN, GA  30224-0551 | Reimbursement expense / Karalyn Fuller - advance rent paid Reimbursement of expense per 8/25/16 Order [de #31] | 2990-000 | | $2,114.60 | $10,662.50 |
| 10/03/16 | 1016 | Fifeco Properties, LLC 2964 Peachtree Road, NE Suite 326 Atlanta, GA  30305 | one-half expense for security fence per 8/25/16 Order [de #31] | 2990-000 | | $3,036.91 | $7,625.59 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                        Page Subtotals:            $15,000.00       $10,437.42

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-11222-whd | Trustee Name: GRIFFIN E. HOWELL, III |
| Case Name: RIVERS EDGE APARTMENTS, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6084 |
| | Checking |
| Taxpayer ID No: XX-XXX4858 | Blanket Bond (per case limit): $30,390,000.00 |
| For Period Ending: 02/21/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/16 | 1017 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] for weeks of 10/7/2016 and 10/14/2016 (needed updated address) | | 2990-000 | | $1,200.00 | $6,425.59 |
| 10/20/16 | | TC WGC, LLC | Sale of Property Sale of property and assets per 10/12/2016 Order [de #47] | | | $150,150.00 | | $156,575.59 |
| | | | Gross Receipts | $2,310,000.00 | | | | |
| | | Synovus Bank | Release - 15.99 acres | ($453,036.88) | 4110-000 | | | |
| | | Synovus Bank | Release - 9.9 acres | ($1,420,888.40) | 4110-000 | | | |
| | | Synovus Bank | Release - 1.5 acres | ($185,333.26) | 4110-000 | | | |
| | | FifeCo Properties, LLC | Break up - 15.99 acres | ($11,000.00) | 2990-000 | | | |
| | | FifeCo Properties, LLC | Break up - 9.99 acres | ($34,500.00) | 2990-000 | | | |
| | | FifeCo Properties, LLC | Break up - 1.5 acres | ($4,500.00) | 2990-000 | | | |
| | | Carroll County EMC | Electric - 9.9 acres | ($11,581.34) | 2990-000 | | | |
| | | City of Carrollton Water Department | Water bill - 9.9 acres | ($16,418.18) | 2990-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Transfer tax - 15.99 acres | ($508.20) | 2820-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Transfer tax - 9.9 acres | ($1,593.90) | 2820-000 | | | |

| | | | | |
|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | | Page Subtotals: | $150,150.00 | $1,200.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-11222-whd  
Case Name: RIVERS EDGE APARTMENTS, LLC  
Taxpayer ID No: XX-XXX4858  
For Period Ending: 02/21/2018  

Trustee Name: GRIFFIN E. HOWELL, III  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX6084  
Checking  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Transfer tax - 1.5 acres ($207.90) | 2820-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Prorated taxes - 15.99 acres ($4,462.03) | 2820-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Prorated taxes - 9.9 acres ($13,994.53) | 2820-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA  30117 | Prorated taxes - 1.5 acres ($1,825.38) | 2820-000 | | | |
| | 11 | | Office furniture:  2 office desks, 6 office chairs, Apartmen $9,000.00 | 1129-000 | | | |
| | 12 | | Power washer and tools $1,000.00 | 1129-000 | | | |
| | 13 | | 227 Brumbellow Road 9.9 acres, Carroll County, Georgia. Par $1,587,000.00 | 1110-000 | | | |
| | 14 | | Brumbelow Road, 15.99 acres, Carroll County, Georgia $506,000.00 | 1110-000 | | | |
| | 15 | | Lovvorn Road 1.5 acres, Carroll County, Georgia. Parcel numb $207,000.00 | 1110-000 | | | |
| 10/21/16 | 1018 | Christina Fischer | Property management Final payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $155,975.59 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $155,960.59 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.28 | $155,866.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                    Page Subtotals:                        $0.00          $709.28

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-11222-whd  
Case Name: RIVERS EDGE APARTMENTS, LLC  
Taxpayer ID No: XX-XXX4858  
For Period Ending: 02/21/2018

Trustee Name: GRIFFIN E. HOWELL, III  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX6084  
Checking  
Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.41 | $155,640.90 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.04 | $155,408.86 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.88 | $155,176.98 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $208.61 | $154,968.37 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $230.59 | $154,737.78 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.83 | $154,514.95 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.91 | $154,285.04 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.19 | $154,062.85 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.24 | $153,833.61 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.91 | $153,604.70 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.20 | $153,383.50 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.23 | $153,155.27 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*    Page Subtotals:    $0.00    $2,711.04

|  | COLUMN TOTALS | $183,500.27 | $30,345.00 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  | Subtotal | $183,500.27 | $30,345.00 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $183,500.27 | $30,345.00 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6084 - Checking | $183,500.27 | $30,345.00 | $153,155.27 |
|  | $183,500.27 | $30,345.00 | $153,155.27 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,159,850.00 |
| Total Net Deposits: | $183,500.27 |
| Total Gross Receipts: | $2,343,350.27 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*          Page Subtotals:                    $0.00          $0.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-11222-whd
Case Name: RIVERS EDGE APARTMENTS, LLC
Trustee Name: GRIFFIN E. HOWELL, III

Balance on hand $ 153,155.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Synovus Bank | $ 2,059,258.54 | $ 2,059,258.54 | $ 2,059,258.54 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 153,155.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GRIFFIN E. HOWELL, III | $ 93,550.51 | $ 0.00 | $ 93,550.51 |
| Trustee Expenses: GRIFFIN E. HOWELL, III | $ 607.84 | $ 0.00 | $ 607.84 |
| Attorney for Trustee Fees: LISA D. LOFTIN | $ 1,067.50 | $ 0.00 | $ 1,067.50 |
| Accountant for Trustee Fees: STONEBRIDGE ACCOUNTING & FORENSICS, LLC | $ 8,166.00 | $ 0.00 | $ 8,166.00 |
| Accountant for Trustee Expenses: STONEBRIDGE ACCOUNTING & FORENSICS, LLC | $ 172.32 | $ 0.00 | $ 172.32 |
| Other: IPFS CORPORATION | $ 4,120.32 | $ 4,120.32 | $ 0.00 |
| Other: Adrienne Fischer | $ 1,200.00 | $ 1,200.00 | $ 0.00 |
| Other: Carroll County EMC | $ 11,581.34 | $ 11,581.34 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Carroll County Tax Commissione | $ 22,591.94 | $ 22,591.94 | $ 0.00 |
| Other: Carroll EMC | $ 3,500.00 | $ 3,500.00 | $ 0.00 |
| Other: Christina Fischer | $ 4,600.00 | $ 4,600.00 | $ 0.00 |
| Other: City of Carrollton Water Department | $ 19,918.18 | $ 19,918.18 | $ 0.00 |
| Other: Fifeco Properties, LLC | $ 3,036.91 | $ 3,036.91 | $ 0.00 |
| Other: FifeCo Properties, LLC | $ 11,000.00 | $ 11,000.00 | $ 0.00 |
| Other: FifeCo Properties, LLC | $ 34,500.00 | $ 34,500.00 | $ 0.00 |
| Other: FifeCo Properties, LLC | $ 4,500.00 | $ 4,500.00 | $ 0.00 |
| Other: GRIFFIN E. HOWELL, III | $ 4,514.60 | $ 4,514.60 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 103,564.17

Remaining Balance     $ 49,591.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,447,057.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CARROLL EMC | $ 5,100.26 | $ 0.00 | $ 174.79 |
| 2 | HD SUPPLY FACILITIES MAINTENANCE | $ 6,069.93 | $ 0.00 | $ 208.02 |
| 3 | CITY OF CARROLLTON | $ 16,806.49 | $ 0.00 | $ 575.96 |
| 4 | BANK OF NORTH GA | $ 1,419,081.24 | $ 0.00 | $ 48,632.33 |

Total to be paid to timely general unsecured creditors   $ 49,591.10

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*