# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** GEORGIA
NEWNAN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RIVERS EDGE APARTMENTS, LLC | § | Case No. 16-11222-whd |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GRIFFIN E. HOWELL, III, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 22,432.30
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  2,108,849.64

Claims Discharged
Without Payment:  0.00

Total Expenses of Administration:  234,500.63

3) Total gross receipts of $ 2,343,350.27  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,343,350.27  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,059,258.54 | $ 2,059,258.54 | $ 2,059,258.54 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 234,500.63 | 234,500.63 | 234,500.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,391,791.85 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,225,390.18 | 1,447,057.92 | 1,447,057.92 | 49,591.10 |
| **TOTAL DISBURSEMENTS** | $ 4,617,182.03 | $ 3,740,817.09 | $ 3,740,817.09 | $ 2,343,350.27 |

4)  This case was originally filed under chapter 7 on  06/17/2016 .  The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/01/2018            By:/s/GRIFFIN E. HOWELL, III
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 227 Brumbellow Road 9.9 acres, Carroll County, Georgia.  Par | 1110-000 | 1,587,000.00 |
| Brumbelow Road, 15.99 acres, Carroll County, Georgia | 1110-000 | 506,000.00 |
| Lovvorn Road 1.5 acres, Carroll County, Georgia. Parcel numb | 1110-000 | 207,000.00 |
| Accounts receivable | 1121-000 | 1,873.40 |
| Apartment rentals | 1122-000 | 5,731.91 |
| Bank of America, Operating Account - Checking 7020 | 1129-000 | 10,744.96 |
| Office furniture:  2 office desks, 6 office chairs, Apartmen | 1129-000 | 9,000.00 |
| Power washer and tools | 1129-000 | 1,000.00 |
| Synovus Expense | 1230-000 | 15,000.00 |
| TOTAL GROSS RECEIPTS | | $2,343,350.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synovus Bank | 4110-000 | NA | 2,059,258.54 | 2,059,258.54 | 2,059,258.54 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 2,059,258.54** | **$ 2,059,258.54** | **$ 2,059,258.54** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GRIFFIN E. HOWELL, III | 2100-000 | NA | 93,550.51 | 93,550.51 | 93,550.51 |
| GRIFFIN E. HOWELL, III | 2200-000 | NA | 607.84 | 607.84 | 607.84 |
| IPFS CORPORATION | 2420-000 | NA | 4,120.32 | 4,120.32 | 4,120.32 |
| Union Bank | 2600-000 | NA | 2,846.07 | 2,846.07 | 2,846.07 |
| Carroll County Tax Commissione | 2820-000 | NA | 22,591.94 | 22,591.94 | 22,591.94 |
| Adrienne Fischer | 2990-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| Carroll County EMC | 2990-000 | NA | 11,581.34 | 11,581.34 | 11,581.34 |
| Carroll EMC | 2990-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christina Fischer | 2990-000 | NA | 4,600.00 | 4,600.00 | 4,600.00 |
| City of Carrollton Water Department | 2990-000 | NA | 19,918.18 | 19,918.18 | 19,918.18 |
| Courtney Lummus | 2990-000 | NA | 2,027.10 | 2,027.10 | 2,027.10 |
| FifeCo Properties, LLC | 2990-000 | NA | 53,036.91 | 53,036.91 | 53,036.91 |
| GRIFFIN E. HOWELL, III | 2990-000 | NA | 4,514.60 | 4,514.60 | 4,514.60 |
| Patrick Thompson | 2990-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| LISA D. LOFTIN | 3210-000 | NA | 1,067.50 | 1,067.50 | 1,067.50 |
| STONEBRIDGE ACCOUNTING & FORENSICS, LLC | 3410-000 | NA | 8,166.00 | 8,166.00 | 8,166.00 |
| STONEBRIDGE ACCOUNTING & FORENSICS, LLC | 3420-000 | NA | 172.32 | 172.32 | 172.32 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 234,500.63 | $ 234,500.63 | $ 234,500.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AARON ASHWORTH | | 150.00 | NA | NA | 0.00 |
| | ACTIVE HOME SOLUTIONS | | 482.00 | NA | NA | 0.00 |
| | ADRIENNE FISCHER | | 150.00 | NA | NA | 0.00 |
| | ADRIENNE FISCHER | | 5.38 | NA | NA | 0.00 |
| | ALYSSWE STRIBLING | | 150.00 | NA | NA | 0.00 |
| | AMAN CONSULTING | | 233,000.00 | NA | NA | 0.00 |
| | AMAN SURGICAL CONSULTING | | 15,915.74 | NA | NA | 0.00 |
| | AMANDY MILBY | | 177.80 | NA | NA | 0.00 |
| | AMERISTAR SCREEN AND GLASS | | 889.14 | NA | NA | 0.00 |
| | ANGELINE BULLINGTON | | 100.00 | NA | NA | 0.00 |
| | ANTHONY WALKER | | 100.00 | NA | NA | 0.00 |
| | ANTONIO ANDERSON | | 100.00 | NA | NA | 0.00 |
| | ANTONIO ANDERSON | | 216.34 | NA | NA | 0.00 |
| | ASHLEY TRAYLOR | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ASHLEY WILSON | | 100.00 | NA | NA | 0.00 |
| | ASHTON BOEKELOO | | 150.00 | NA | NA | 0.00 |
| | ASKIA COLLINS | | 150.00 | NA | NA | 0.00 |
| | ASKIA COLLINS | | 325.00 | NA | NA | 0.00 |
| | AYANA GILES | | 100.00 | NA | NA | 0.00 |
| | BRANDON WOOD | | 100.00 | NA | NA | 0.00 |
| | BRITTANY PIERCE | | 150.00 | NA | NA | 0.00 |
| | BRITTANY STRICKLAND | | 100.00 | NA | NA | 0.00 |
| | BRITTANY STRICKLAND | | 11.00 | NA | NA | 0.00 |
| | CAIDEN PHILLIPS | | 100.00 | NA | NA | 0.00 |
| | CALEB INVESTER | | 100.00 | NA | NA | 0.00 |
| | CAPRECIA BULLOCH | | 150.00 | NA | NA | 0.00 |
| | CARMESHA SANDERS | | 100.00 | NA | NA | 0.00 |
| | CARROLL CO. TAX COMMISSIONER | | 58,007.47 | NA | NA | 0.00 |
| | CASEY DEERING | | 0.00 | NA | NA | 0.00 |
| | CASEY DEERING | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHARTER COMMUNICATONS, LLC | | 2,655.35 | NA | NA | 0.00 |
| | CHOICE CONDO GP LLC | | 117,000.00 | NA | NA | 0.00 |
| | CHOICE RE, LLC | | 72,000.00 | NA | NA | 0.00 |
| | CHRISTINA FISCHER | | 150.00 | NA | NA | 0.00 |
| | CHRISTINA FISCHER | | 863.42 | NA | NA | 0.00 |
| | CHRISTOPHER WILSON | | 100.00 | NA | NA | 0.00 |
| | CHRISTOPHER WILSON | | 270.00 | NA | NA | 0.00 |
| | COLBY GAGNON | | 100.00 | NA | NA | 0.00 |
| | COLUMBIA HOSPITALITY MGMT | | 131,516.07 | NA | NA | 0.00 |
| | COURTNEY LUMMUS | | 447.50 | NA | NA | 0.00 |
| | COURTNEY LUMMUS | | 100.00 | NA | NA | 0.00 |
| | COX PLUMBING | | 850.00 | NA | NA | 0.00 |
| | CRYSTAL | | 118.77 | NA | NA | 0.00 |
| | DANIAL BAKER | | 100.00 | NA | NA | 0.00 |
| | DARIUS JOHNSON | | 100.00 | NA | NA | 0.00 |
| | DA'VION MARTIN | | 101.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DAYVONNE SCOTT | | 100.00 | NA | NA | 0.00 |
| | DEANDRE COOPER | | 100.00 | NA | NA | 0.00 |
| | DEANDRE COOPER | | 302.50 | NA | NA | 0.00 |
| | DEBORAH MUNDAY | | 100.00 | NA | NA | 0.00 |
| | DEBORAH MUNDAY | | 25.00 | NA | NA | 0.00 |
| | DENZEL SMITH | | 100.00 | NA | NA | 0.00 |
| | DEVIN MCKAY | | 100.00 | NA | NA | 0.00 |
| | DIAMOND HUDSON | | 100.00 | NA | NA | 0.00 |
| | DOMINQUE HALLIWAY | | 296.33 | NA | NA | 0.00 |
| | DOMINQUE WASHINGTON | | 150.00 | NA | NA | 0.00 |
| | DOMINQUE WASHINGTON | | 329.98 | NA | NA | 0.00 |
| | DONALD WATKINS | | 100.00 | NA | NA | 0.00 |
| | DONNA GREEN | | 100.00 | NA | NA | 0.00 |
| | DONNA GREEN | | 0.67 | NA | NA | 0.00 |
| | Drew Jones | | 310.00 | NA | NA | 0.00 |
| | DREW JONES | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EXPRESS SERVICES, INC. | | 806.00 | NA | NA | 0.00 |
| | FARLEY'S LANDSCAPING INC. | | 500.00 | NA | NA | 0.00 |
| | FCGI | | 345,886.13 | NA | NA | 0.00 |
| | GENA SHIFFLET | | 100.00 | NA | NA | 0.00 |
| | GREAT AMERICAN BUSINESS | | 350.00 | NA | NA | 0.00 |
| | GREGORY STOCKS | | 100.00 | NA | NA | 0.00 |
| | HANNAH COKER | | 100.00 | NA | NA | 0.00 |
| | HOME DEPOT CREDIT SERVICE | | 359.63 | NA | NA | 0.00 |
| | IN THE SWIM | | 881.30 | NA | NA | 0.00 |
| | ISHWAR INVESTMENTS, LLC | | 49,025.85 | NA | NA | 0.00 |
| | JACOB DAVIS | | 100.00 | NA | NA | 0.00 |
| | JAMAAL REESE | | 100.00 | NA | NA | 0.00 |
| | JAYE MCCLEAD | | 150.00 | NA | NA | 0.00 |
| | JAYE MCCLEAD | | 0.50 | NA | NA | 0.00 |
| | JAYLON STONE | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JERMONDE NELSON | | 100.00 | NA | NA | 0.00 |
| | JERRY'S PLUMBING | | 85.00 | NA | NA | 0.00 |
| | JOHN ROGERS | | 100.00 | NA | NA | 0.00 |
| | JON UPSHAW | | 100.00 | NA | NA | 0.00 |
| | JON UPSHAW | | 407.50 | NA | NA | 0.00 |
| | JONATHAN GARCUA | | 150.00 | NA | NA | 0.00 |
| | JONES AND KOLB | | 3,295.00 | NA | NA | 0.00 |
| | JORDAN PEDIGO | | 100.00 | NA | NA | 0.00 |
| | KALLIE KNUTSIB | | 150.00 | NA | NA | 0.00 |
| | KARALYN FULLER | | 150.00 | NA | NA | 0.00 |
| | KARALYN FULLER | | 906.00 | NA | NA | 0.00 |
| | KATHLEEN WHITEN | | 150.00 | NA | NA | 0.00 |
| | KEDON HALL | | 100.00 | NA | NA | 0.00 |
| | KEENA ADOU | | 150.00 | NA | NA | 0.00 |
| | KENNETH YORK | | 150.00 | NA | NA | 0.00 |
| | KENNETH YORK | | 200.00 | NA | NA | 0.00 |
| | KENYA WHITE | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KEVIN HAYS | | 100.00 | NA | NA | 0.00 |
| | KISHOR I. DAFTARI | | 230,714.16 | NA | NA | 0.00 |
| | LACEY WATFORD | | 150.00 | NA | NA | 0.00 |
| | LACIE BANKS | | 100.00 | NA | NA | 0.00 |
| | LARRY NORRIS | | 150.00 | NA | NA | 0.00 |
| | LATEYSHA KNIGHT | | 150.00 | NA | NA | 0.00 |
| | LJH, INC. | | 102,714.81 | NA | NA | 0.00 |
| | MANUEL MONDS | | 218.35 | NA | NA | 0.00 |
| | MANUEL MONDS | | 100.00 | NA | NA | 0.00 |
| | MARQUEZ GAMBLE | | 100.00 | NA | NA | 0.00 |
| | MIKE WISE | | 100.00 | NA | NA | 0.00 |
| | MONTRESE MITCHELL | | 100.00 | NA | NA | 0.00 |
| | NATALIE WRIGHT | | 100.00 | NA | NA | 0.00 |
| | NAZIRA HANSEN | | 100.00 | NA | NA | 0.00 |
| | NHAN NGUYEN | | 100.00 | NA | NA | 0.00 |
| | NHAN NGUYEN | | 0.33 | NA | NA | 0.00 |
| | PRIYA SHUKLA | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | QUILL CORP. | | 154.06 | NA | NA | 0.00 |
| | QUINCY CRAIG | | 100.00 | NA | NA | 0.00 |
| | RENTPATH, LLC | | 2,085.00 | NA | NA | 0.00 |
| | SAMANTHA WALKER | | 100.00 | NA | NA | 0.00 |
| | SAVANNAH LASHLEY | | 100.00 | NA | NA | 0.00 |
| | SHAHEED DENT | | 4.75 | NA | NA | 0.00 |
| | SHAHEED DENT | | 100.00 | NA | NA | 0.00 |
| | SHANNON DODSON | | 150.00 | NA | NA | 0.00 |
| | SHANNON DODSON | | 0.34 | NA | NA | 0.00 |
| | SHAUN PHILLIP | | 150.00 | NA | NA | 0.00 |
| | SMITH'S FLOOR COVERING | | 3,779.00 | NA | NA | 0.00 |
| | STERITECH | | 493.80 | NA | NA | 0.00 |
| | TARA YOUNGBLOOD | | 100.00 | NA | NA | 0.00 |
| | TARA YOUNGBLOOD | | 310.50 | NA | NA | 0.00 |
| | TATTYANNA LAROCQUE | | 150.00 | NA | NA | 0.00 |
| | TAYLOR O'KELLY | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | THERESA FULLER | | 100.00 | NA | NA | 0.00 |
| | TORI CAMPBELL | | 150.00 | NA | NA | 0.00 |
| | TRAVIS FITZWATER | | 0.50 | NA | NA | 0.00 |
| | TRAVIS FITZWATER | | 150.00 | NA | NA | 0.00 |
| | VALEETIA ALLEN | | 150.00 | NA | NA | 0.00 |
| | VALEETIA ALLEN | | 340.00 | NA | NA | 0.00 |
| | VANCE WILLIAMS | | 100.00 | NA | NA | 0.00 |
| | VERNISHA PHILLIPS | | 150.00 | NA | NA | 0.00 |
| | WHITEN POOLS | | 2,446.38 | NA | NA | 0.00 |
| | WYKERIA FANN | | 100.00 | NA | NA | 0.00 |
| | ZACHARIAH CHANET | | 100.00 | NA | NA | 0.00 |
| | ZACHARIAH CHANET | | 10.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,391,791.85 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | BANK OF NORTH GA | 7100-000 | 3,203,210.79 | 1,419,081.24 | 1,419,081.24 | 48,632.33 |
| 1 | CARROLL EMC | 7100-000 | 6,065.00 | 5,100.26 | 5,100.26 | 174.79 |
| 3 | CITY OF CARROLLTON | 7100-000 | 11,541.45 | 16,806.49 | 16,806.49 | 575.96 |
| 2 | HD SUPPLY FACILITIES MAINTENANCE | 7100-000 | 4,572.94 | 6,069.93 | 6,069.93 | 208.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,225,390.18 | $ 1,447,057.92 | $ 1,447,057.92 | $ 49,591.10 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-11222-whd | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | GRIFFIN E. HOWELL, III |

Case Name:    RIVERS EDGE APARTMENTS, LLC

Date Filed (f) or Converted (c):    06/17/2016 (f)

341(a) Meeting Date:    07/26/2016

For Period Ending:    11/01/2018

Claims Bar Date:    11/01/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash on hand | 500.00 | 0.00 | OA | 0.00 | FA |
| 2.  Bank of America, Operating Account - Checking 7020 | 463.10 | 10,744.96 | | 10,744.96 | FA |
| 3.  Utility Deposit, Carroll EMC | 5,300.00 | 0.00 | OA | 0.00 | FA |
| 4.  Utility Deposit, City of Carrollton | 100.00 | 0.00 | OA | 0.00 | FA |
| 5.  Undeposited funds | 3,027.34 | 0.00 | OA | 0.00 | FA |
| 6.  Contribution | 100.00 | 0.00 | OA | 0.00 | FA |
| 7.  Prepaid insurance | 10,417.44 | 0.00 | OA | 0.00 | FA |
| 8.  Prepaid payroll | 2,742.52 | 0.00 | OA | 0.00 | FA |
| 9.  Prepaid website amortization | 245.00 | 0.00 | OA | 0.00 | FA |
| 10. Accounts receivable | 16,804.85 | 16,804.85 | | 1,873.40 | FA |
| 11. Office furniture:  2 office desks, 6 office chairs, Apartmen | Unknown | 9,000.00 | | 9,000.00 | FA |
| 12. Power washer and tools | Unknown | 1,000.00 | | 1,000.00 | FA |
| 13. 227 Brumbellow Road 9.9 acres, Carroll County, Georgia.<br>Par | Unknown | 1,587,000.00 | | 1,587,000.00 | FA |
| 14. Brumbelow Road, 15.99 acres, Carroll County, Georgia | Unknown | 506,000.00 | | 506,000.00 | FA |
| 15. Lovvorn Road 1.5 acres, Carroll County, Georgia. Parcel<br>numb | Unknown | 207,000.00 | | 207,000.00 | FA |
| 16. Apartment rentals | Unknown | 5,731.91 | | 5,731.91 | FA |
| 17. Synovus Expense (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $39,700.25          $2,358,281.72          $2,343,350.27          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR APPROVED AND FUNDS DISBURSED. ONCE ZERO BALANCE IN ESTATE BANK ACCOUNT TRUSTEE WILL SUBMIT TDR TO U.S. TRUSTEE.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/15/2018          Current Projected Date of Final Report (TFR): 03/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11222-whd

Case Name: RIVERS EDGE APARTMENTS, LLC

Taxpayer ID No: XX-XXX4858

For Period Ending: 11/01/2018

Trustee Name: GRIFFIN E. HOWELL, III

Bank Name: Union Bank

Account Number/CD#: XXXXXX6084

Checking

Blanket Bond (per case limit): $30,390,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/28/16 | 10 | HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD.<br>TAMPA, FL   33614 | RECEIPT OF ACCOUNTS RECEIVABLE | 1121-000 | $58.80 | | $58.80 |
| 07/28/16 | 10 | HUNTER WARFIELD<br>4620 WOODLAND CORPORATE BLVD.<br>TAMPA, FL   33614 | RECEIPT OF ACCOUNTS RECEIVABLE | 1121-000 | $1,814.60 | | $1,873.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA   30180-6400 | APARTMENT RENTAL | 1122-000 | $75.00 | | $1,948.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA   30180-6400 | APARTMENT RENTAL | 1122-000 | $310.00 | | $2,258.40 |
| 07/28/16 | 16 | DAVID G. NELSON<br>P.O. BOX 1472<br>VILLA RICA, GA   30180-6400 | APARTMENT RENTAL | 1122-000 | $26.08 | | $2,284.48 |
| 07/28/16 | 16 | DAVID J. WILKINSON | APARTMENT RENTAL | 1122-000 | $310.00 | | $2,594.48 |
| 07/28/16 | 16 | IRIEANNA WILLIAMS | APARTMENT RENTAL | 1122-000 | $100.00 | | $2,694.48 |
| 07/28/16 | 16 | D. GREEN<br>227 BRUMBELOW RD.<br>APT. 11B<br>CARROLLTON, GA   30127 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,029.48 |
| 07/28/16 | 16 | TRAVIS FITZWATER<br>145 FARMINGTON DR.<br>CALHOUN, GA   30701 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,364.48 |
| 07/28/16 | 16 | TAYLOR McANALLY<br>227 BRUMBELOW RD.<br>APT. A5<br>CARROLLTON, GA   30117 | APARTMENT RENTAL | 1122-000 | $335.00 | | $3,699.48 |
| 07/28/16 | 16 | LACEY WATFORD<br>129 N. VALHALLA CT.<br>CORDELE, GA   31015-9307 | APARTMENT RENTAL | 1122-000 | $300.00 | | $3,999.48 |
| 07/28/16 | 16 | HANNAH COKER<br>6026 TERRACE LAKE POINT<br>FLOWERY BRANCH, GA   30542 | APARTMENT RENTAL | 1122-000 | $285.00 | | $4,284.48 |
| 07/28/16 | 16 | IRIEANNA WILLIAMS | APARTMENT RENTAL | 1122-000 | $100.00 | | $4,384.48 |

Page Subtotals:                    $4,384.48          $0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-11222-whd | Trustee Name: GRIFFIN E. HOWELL, III |
| Case Name: RIVERS EDGE APARTMENTS, LLC | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6084 |
| | Checking |
| Taxpayer ID No: XX-XXX4858 | Blanket Bond (per case limit): $30,390,000.00 |
| For Period Ending: 11/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/16 | 16 | SYNOVUS BANK | APARTMENT RENTAL | 1122-000 | $3,220.83 | | $7,605.31 |
| 08/02/16 | 2 | RIVERS EDGE APARTMENTS, LLC 227 BRUMBELOW ROAD CARROLLTON, GA  30117 | CHECKING ACCOUNT BALANCE | 1129-000 | $10,744.96 | | $18,350.27 |
| 08/30/16 | 1000 | HOWELL, GRIFFIN E. CHAPTER 7 TRUSTEE P.O. BOX 551 GRIFFIN, GA  30224 | Reimbursement expense / Property Manager Reimbursement of expense / Property Manager per 8/25/16 Order [de #31] | 2200-000 | | $2,400.00 | $15,950.27 |
| 08/30/16 | 1001 | IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL  60673-1247 | INSURANCE PREMIUM Payment of insurance premium per 8/25/16 Order [de #31] | 2420-000 | | $2,060.16 | $13,890.11 |
| 08/30/16 | 1002 | City of Carrollton Water Department | Utilities Payment of utility bill per 8/26/2016 Order [de #31] | 2990-000 | | $3,500.00 | $10,390.11 |
| 08/30/16 | 1003 | Carroll EMC | Utilities Payment of utility bill per 8/26/2016 Order [de #31] | 2990-000 | | $3,500.00 | $6,890.11 |
| 09/01/16 | 1004 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $6,490.11 |
| 09/01/16 | 1005 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $6,090.11 |
| 09/09/16 | 1006 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $5,490.11 |
| 09/09/16 | 1007 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $5,090.11 |
| 09/16/16 | 1008 | Courtney Lummus | Reimbursement of rent paid in advance. | 2990-000 | | $2,027.10 | $3,063.01 |

Page Subtotals:    $13,965.79    $15,287.26

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-11222-whd

Case Name:  RIVERS EDGE APARTMENTS, LLC

Taxpayer ID No: XX-XXX4858

For Period Ending: 11/01/2018

Trustee Name:  GRIFFIN E. HOWELL, III

Bank Name:  Union Bank

Account Number/CD#:  XXXXXX6084

Checking

Blanket Bond (per case limit): $30,390,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/16 | 1009 | Patrick Thompson | Reimbursement of rent paid in advance | 2990-000 | | $1,000.00 | $2,063.01 |
| 09/16/16 | 1010 | Adrienne Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $400.00 | $1,663.01 |
| 09/16/16 | 1011 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $1,063.01 |
| 09/26/16 | 17 | Synovus Bank | Operating expense payment from Synovus Bank | 1230-000 | $15,000.00 | | $16,063.01 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.75 | $16,037.26 |
| 09/26/16 | 1012 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $15,437.26 |
| 09/30/16 | 1013 | IPFS CORPORATION 24722 NETWORK PLACE CHICAGO, IL  60673-1247 | INSURANCE PREMIUM Payment of insurance premium per 8/25/16 Order [de #31] | 2420-000 | | $2,060.16 | $13,377.10 |
| 09/30/16 | 1014 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $12,777.10 |
| 09/30/16 | 1015 | GRIFFIN E. HOWELL, III CHAPTER 7 TRUSTEE P.O. BOX 551 GRIFFIN, GA  30224-0551 | Reimbursement expense / Karalyn Fuller - advance rent paid Reimbursement of expense per 8/25/16 Order [de #31] | 2990-000 | | $2,114.60 | $10,662.50 |
| 10/03/16 | 1016 | Fifeco Properties, LLC 2964 Peachtree Road, NE Suite 326 Atlanta, GA  30305 | one-half expense for security fence per 8/25/16 Order [de #31] | 2990-000 | | $3,036.91 | $7,625.59 |

Page Subtotals:                $15,000.00        $10,437.42

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-11222-whd

Case Name: RIVERS EDGE APARTMENTS, LLC

Trustee Name: GRIFFIN E. HOWELL, III

Bank Name: Union Bank

Account Number/CD#: XXXXXX6084

Checking

Taxpayer ID No: XX-XXX4858

For Period Ending: 11/01/2018

Blanket Bond (per case limit): $30,390,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/16 | 1017 | Christina Fischer | Property management Payment for property management per 8/25/16 Order [de #31] for weeks of 10/7/2016 and 10/14/2016 (needed updated address) | 2990-000 | | $1,200.00 | $6,425.59 |
| 10/20/16 | | TC WGC, LLC | Sale of Property Sale of property and assets per 10/12/2016 Order [de #47] | | $150,150.00 | | $156,575.59 |
| | | | Gross Receipts $2,310,000.00 | | | | |
| | | Synovus Bank | Release - 15.99 acres ($453,036.88) | 4110-000 | | | |
| | | Synovus Bank | Release - 9.9 acres ($1,420,888.40) | 4110-000 | | | |
| | | Synovus Bank | Release - 1.5 acres ($185,333.26) | 4110-000 | | | |
| | | FifeCo Properties, LLC | Break up - 15.99 acres ($11,000.00) | 2990-000 | | | |
| | | FifeCo Properties, LLC | Break up - 9.99 acres ($34,500.00) | 2990-000 | | | |
| | | FifeCo Properties, LLC | Break up - 1.5 acres ($4,500.00) | 2990-000 | | | |
| | | Carroll County EMC | Electric - 9.9 acres ($11,581.34) | 2990-000 | | | |
| | | City of Carrollton Water Department | Water bill - 9.9 acres ($16,418.18) | 2990-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA 30117 | Transfer tax - 15.99 acres ($508.20) | 2820-000 | | | |
| | | Carroll County Tax Commissione 423 College St. Room 401 Carrollton, GA 30117 | Transfer tax - 9.9 acres ($1,593.90) | 2820-000 | | | |

Page Subtotals:                $150,150.00                $1,200.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-11222-whd
Case Name: RIVERS EDGE APARTMENTS, LLC

Trustee Name: GRIFFIN E. HOWELL, III
Bank Name: Union Bank
Account Number/CD#: XXXXXX6084
Checking

Taxpayer ID No: XX-XXX4858
For Period Ending: 11/01/2018

Blanket Bond (per case limit): $30,390,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Transfer tax - 1.5 acres ($207.90) | 2820-000 | | | |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Prorated taxes - 15.99 acres ($4,462.03) | 2820-000 | | | |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Prorated taxes - 9.9 acres ($13,994.53) | 2820-000 | | | |
| | | Carroll County Tax Commission 423 College St. Room 401 Carrollton, GA 30117 | Prorated taxes - 1.5 acres ($1,825.38) | 2820-000 | | | |
| | 11 | | Office furniture: 2 office desks, 6 office chairs, Apartmen $9,000.00 | 1129-000 | | | |
| | 12 | | Power washer and tools $1,000.00 | 1129-000 | | | |
| | 13 | | 227 Brumbellow Road 9.9 acres, Carroll County, Georgia. Par $1,587,000.00 | 1110-000 | | | |
| | 14 | | Brumbelow Road, 15.99 acres, Carroll County, Georgia $506,000.00 | 1110-000 | | | |
| | 15 | | Lovvorn Road 1.5 acres, Carroll County, Georgia. Parcel numb $207,000.00 | 1110-000 | | | |
| 10/21/16 | 1018 | Christina Fischer | Property management Final payment for property management per 8/25/16 Order [de #31] | 2990-000 | | $600.00 | $155,975.59 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.00 | $155,960.59 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $94.28 | $155,866.31 |

Page Subtotals: $0.00 $709.28

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-11222-whd  
Case Name: RIVERS EDGE APARTMENTS, LLC  

Trustee Name: GRIFFIN E. HOWELL, III  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX6084  
Checking  

Taxpayer ID No: XX-XXX4858  
For Period Ending: 11/01/2018  

Blanket Bond (per case limit): $30,390,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.41 | $155,640.90 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.04 | $155,408.86 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.88 | $155,176.98 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $208.61 | $154,968.37 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $230.59 | $154,737.78 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.83 | $154,514.95 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.91 | $154,285.04 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $222.19 | $154,062.85 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.24 | $153,833.61 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.91 | $153,604.70 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.20 | $153,383.50 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.23 | $153,155.27 |

Page Subtotals: $0.00  $2,711.04

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-11222-whd
Case Name: RIVERS EDGE APARTMENTS, LLC

Taxpayer ID No: XX-XXX4858
For Period Ending: 11/01/2018

Trustee Name: GRIFFIN E. HOWELL, III
Bank Name: Union Bank
Account Number/CD#: XXXXXX6084
Checking
Blanket Bond (per case limit): $30,390,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/23/18 | 1019 | GRIFFIN E. HOWELL, III CHAPTER 7 TRUSTEE P.O. BOX 2271 GRIFFIN, GA 30224 | TRUSTEE COMPENSATION | 2100-000 | | $93,550.51 | $59,604.76 |
| 04/23/18 | 1020 | GRIFFIN E. HOWELL, III CHAPTER 7 TRUSTEE P.O. BOX 2271 GRIFFIN, GA 30224 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $607.84 | $58,996.92 |
| 04/23/18 | 1021 | LISA D. LOFTIN LISA D. LOFTIN, P.C. P.O. BOX 551 GRIFFIN, GA 30224-0551 | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | $1,067.50 | $57,929.42 |
| 04/23/18 | 1022 | STONEBRIDGE ACCOUNTING & FORENSICS, LLC P.O. BOX 1290 GRAYSON, GA 30017 | ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | $8,166.00 | $49,763.42 |
| 04/23/18 | 1023 | STONEBRIDGE ACCOUNTING & FORENSICS, LLC P.O. BOX 1290 GRAYSON, GA 30017 | ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | $172.32 | $49,591.10 |
| 04/23/18 | 1024 | CARROLL EMC 155 N. HWY 133 CARROLLTON, GA 30117-7501 | GENERAL UNSECURED CLAIM | 7100-000 | | $174.79 | $49,416.31 |
| 04/23/18 | 1025 | HD SUPPLY FACILITIES MAINTENANCE PO BOX 509058 SAN DIEGO, CA 92150 | GENERAL UNSECURED CLAIM | 7100-000 | | $208.02 | $49,208.29 |
| 04/23/18 | 1026 | CITY OF CARROLLTON P.O. BOX 1949 CARROLLTON, GA 30112 | GENERAL UNSECURED CLAIM | 7100-000 | | $575.96 | $48,632.33 |
| 04/23/18 | 1027 | BANK OF NORTH GA A DIVISION OF SYNOVUS BANK 8025 WESTSIDE PARKWAY ALPHARETTA, GA 30004 | SECURED CLAIM | 7100-000 | | $48,632.33 | $0.00 |

| | | | COLUMN TOTALS | | $183,500.27 | $183,500.27 | |
| | | | Less: Bank Transfers/CD's | | $0.00 | $0.00 | |
| | | | Page Subtotals: | | $0.00 | $153,155.27 | |

Page: 7

Exhibit 9

| | | |
|---|---|---|
| Subtotal | $183,500.27 | $183,500.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $183,500.27 | $183,500.27 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6084 - Checking | $183,500.27 | $183,500.27 | $0.00 |
| | $183,500.27 | $183,500.27 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,159,850.00 |
| Total Net Deposits: | $183,500.27 |
| Total Gross Receipts: | $2,343,350.27 |

Page Subtotals:                    $0.00          $0.00